In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-484 CR


____________________



WILLIAM FOSTER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 91660






MEMORANDUM OPINION (1)


 On December 2, 2004, we informed the parties that our jurisdiction was not
apparent from the notice of appeal, and notified them that the appeal would be dismissed
for want of jurisdiction unless we received a response showing grounds for continuing the
appeal. The appellant did not file a response.


 The notice of appeal seeks to appeal "for dismissal in violation of the Texas Speedy
Trial Act." The district clerk informed the Court that no denial order had been entered. (2)

 Accordingly, we hold the appellant failed to invoke our appellate jurisdiction
because no appealable order has been signed by the trial court. The appeal is dismissed
for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.

 PER CURIAM


Opinion Delivered January 19, 2005 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.













1. Tex. R. App. P. 47.4.
2. We express no opinion on the appealability of an interlocutory order denying a
motion for speedy trial. See Ex parte Weise, 55 S.W.3d 617, 619-20 (Tex. Crim. App.
2001); Ex parte Delbert, 582 S.W.2d 145, 146 (Tex. Crim. App. 1979). Presumably, the
appellant is not referring to former Article 32A.02, Code of Criminal Procedure. See
Meshell v. State, 739 S.W.2d 246 (Tex. Crim. App. 1987).